THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GABRIEL JOSUE CASANOVA-YALES,

    Defendant.

Criminal No. 22-213-014 (ADC)

## ORDER

On January 10, 2025, defendant Gabriel Josue Casanova-Yales filed a Motion to Reduce Sentence under the First Step Act. **ECF No. 1969**. The matter was referred to a Magistrate Judge who issued a Report and Recommendation ("R&R") on April 23, 2026. **ECF No. 2006**. The R&R remains without objections.

The Court has reviewed the record, including: the indictment (**ECF No. 3**), plea agreement (**ECF No. 1567**), pre-sentence report (**ECF No. 1836**), sentencing memorandum (**ECF No. 1839**), judgment (**ECF No. 1863**) and the legal analysis within the R&R) (**ECF No. 2006**). Having done so, the R&R is adopted, and it is determined that defendant is not qualify, at this juncture, for any legal remedy under the First Step Act of 2018 nor for compassionate release since no extraordinary circumstances have been set forth. Accordingly, the Magistrate Judge

Report and Recommendation is **ADOPTED** in full  and defendant's request to reduce sentence under the First Step Act at **ECF No. 1969** is **DENIED.**

    **SO ORDERED**.

    At San Juan, Puerto Rico, on this 27th day of May, 2026.

                **S/AIDA M. DELGADO-COLON**
                **United States District Judge**